UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>Plaintiff )<br>  )<br>  )<br>vs. )<br>  )<br>Jose Antonio Mendez-Castro )<br>  )<br>  )<br>Defendant(s) )<br>_____ ) | CRIMINAL NO. 08CR620-H<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 07313298 |

On order of the United States District/Magistrate Judge,   **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed /(Order of Court).

Gloria Soto-Estrada

DATED: 3-6-08

RECEIVED _____
            DUSM

**NITA L. STORMES**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk

by J. Perrault
       Deputy Clerk